**RECEIVED**
**JUN 1 4 2022**
**CLERK OF DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:22-cr-075 |
| v. | INDICTMENT |
| SIMON BUOMKUOTH JOSEPH, | T. 18 U.S.C. § 922(a)(6) |
| | T. 18 U.S.C. § 924(a)(1)(A) |
| Defendant. | T. 18 U.S.C. § 924(a)(2) |
| | T. 18 U.S.C. § 924(d) |
| | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(False Statement During Purchase of a Firearm)**

On or about November 16, 2021, in the Southern District of Iowa, the defendant, SIMON BUOMKUOTH JOSEPH, in connection with the acquisition of a firearm, namely: a Ruger, model Ruger 57, 5.7x28 millimeter pistol, with serial number 643-03211, from Freedom Firearms LLC, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the acquisition of said firearm. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, in response to Question 21.a, that he was the actual transferee/buyer of the firearm listed on the form.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

1

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 2**</u>
**(False Statement During Purchase of a Firearm)**

On or about November 16, 2021, in the Southern District of Iowa, the defendant, SIMON BUOMKUOTH JOSEPH, knowingly made a false statement and representation to Freedom Firearms LLC, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Freedom Firearms LLC. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, in response to Question 21.a, that he was the actual transferee/buyer of the firearm listed on the form.

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 3**
**(False Statement During Purchase of a Firearm)**

On or about January 12, 2022, in the Southern District of Iowa, the defendant, SIMON BUOMKUOTH JOSEPH, in connection with the acquisition of a firearm, namely: a FN Herstal, model Five-Seven, 5.7x28 millimeter pistol, with serial number 386417739, from Sportsman's Warehouse 120, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the acquisition of said firearm. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, in response to Question 21.a, that he was the actual transferee/buyer of the firearm listed on the form.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4
**(False Statement During Purchase of a Firearm)**

On or about January 12, 2022, in the Southern District of Iowa, the defendant, SIMON BUOMKUOTH JOSEPH, knowingly made a false statement and representation to Sportsman's Warehouse 120, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Sportsman's Warehouse 120. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, in response to Question 21.a, that he was the actual transferee/buyer of the firearm listed on the form.

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

THE GRAND JURY FINDS:

## NOTICE OF FORFEITURE

Upon conviction for the offense(s) alleged in Counts 1, 2, 3, and/or 4 of this Indictment, the defendant, SIMON BUOMKUOTH JOSEPH, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offenses, including, but not limited to, the firearms and ammunition identified in Counts 1, 2, 3, and 4 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Alexa Perez for Kristin M. Herrera
Assistant United States Attorney